■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MACOREL NIVOL, Appellant. [846 NYS2d 62]—Judgment, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered on or about August 4, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Saxe, Nardelli and Kavanagh, JJ.